UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
IN RE: WORLD TRADE CENTER LOWER           :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LOCATION
                                                                 :    ELECTRONICALLY FILED
                                                                 :
-----------------------------------------------------------------x
LUDIVIA CASTELLANOS (AND                  :
HUSBAND, LUIS L. MARTINEZ),                    Case No.: 07CV1480 (AKH)
                                                                 :
            Plaintiffs,                                **NOTICE OF ADOPTION OF**
      v.                                                  :    **MASTER ANSWER BY**
                                                               **DEFENDANT JPMORGAN**
222 BROADWAY, LLC, ET. AL.,                :    **CHASE BANK N.A.**

            Defendants.
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE THAT defendant JPMorgan Chase Bank N.A. as and for its responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint) related to the Master Complaint filed in the above referenced action, hereby adopts its Master Answer to the Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, defendant JPMorgan Chase Bank N.A. respectfully requests that the above captioned actions be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper.

Dated: New York, New York
       September 14, 2007

                                     SATTERLEE STEPHENS BURKE & BURKE LLP

                                      By: /s/James J. Coster_____
                                            James J. Coster (JC-1431)

705393_1

                230 Park Avenue
                New York, New York 10169
                Tel.: (212) 818-9200
                Fax: (212) 818-9606
                Attorneys for Defendant
                JPMorgan Chase Bank N.A.

TO:  Gregory J. Cannata, Esq.
    Law Office of Gregory J. Cannata
    233 Broadway
    New York, NY 10279

    Robert Grochow, Esq.
    Law Office of Robert Grochow
    233 Broadway
    New York, NY 10279

    Christopher LoPalo, Esq.
    Worby Groner Edelman Napoli and Bern
    115 Broadway, 12th Floor
    New York, New York 10006

705393_1