Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant 222 Broadway, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER        : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION    :
                                      :
-----------------------------------------------------------------X
LUDIVIA CASTELLANOS AND LUIS L        : 07-CV-01480-AKH
MARTINEZ,                             :
                                      :
                      Plaintiffs,     : **NOTICE OF ADOPTION**
                                      : **OF ANSWER**
       - against -                    : **TO MASTER COMPLAINT**
                                      : **BY 222 BROADWAY**
222 BROADWAY, LLC, *et al.*,          :
                                      : **ELECTRONICALLY FILED**
                      Defendants.     :
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendant 222 Broadway, LLC ("222 Broadway"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts 222 Broadway's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

DOCSNY-265689v01

WHEREFORE, 222 Broadway demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York  
September 14, 2007

DICKSTEIN SHAPIRO LLP

By: /s/ Judith R. Cohen  
_____  
Robert J. Higgins (RH-6477)  
Judith R. Cohen (JC-8614)  
Kenneth H. Frenchman (KF-3635)  
1177 Avenue of the Americas  
New York, New York 10036  
Phone: (212) 277-6500  
Fax: (212) 277-6501  
*Attorneys for Defendant*  
222 BROADWAY, LLC.