UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

----------------------------------------------------------------X

| | |
|---|---|
| LUDIVIA CASTELLANOS AND LUIS L MARTINEZ, | 07-CV-01480-AKH |
| Plaintiffs, | **APPEARANCE** |
| - against - | |
| 222 BROADWAY, LLC, *et al.*, | **ELECTRONICALLY FILED** |
| Defendants. | |

----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
       October 3, 2007

DICKSTEIN SHAPIRO LLP

By:   /s/ Judith R. Cohen
_____
Judith R. Cohen (JC-8614)
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 277-6500
Fax: (212) 277-6501

*Attorney for Defendant*
222 BROADWAY, LLC.

DOCSNY-271399v01