KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.,**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER           21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x
LUDIVIA CASTELLANOS and LUIS L.
MARTINEZ,                                   DOCKET NO:
                                            07 CV 1480

                        Plaintiffs,

    -against-

100 CHURCH, LLC, 222 BROADWAY, LLC          NOTICE OF
ALAN KASMAN DBA KASCO, AMBIENT              APPEARANCE
GROUP, INC., AMG REALTY PARTNERS, L.P.,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY, BELFOR USA
GROUP, INC., BFP ONE LIBERTY PLAZA CO., LLC.,
BLACKMON-MOORING STEAMATIC CATASTOPHE,
INC., d/b/a BMS CAT, BOARD OF EDUCATION OF
THE CITY OF NEW YORK, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, L.C., BROOKFIELD
PARTNERS, L.P., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., CHASE MANHATTAN BANK
CORPORATION, CUNNINGHAM DUCT CLEANING CO.,
CUSHMAN & WAKEFIELD, INC., DEPARTMENT OF
BUSINESS SERVICES, ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
JONES LANG LASALLE AMERICAS, INC.,

JONES LANG LASALLE SERVICES, INC., KASKO RESTORATION SERVICES CO., LAW ENGINEERING, P.C., MERILL LYNCH & CO., INC., NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NEW YORK UNIVERSITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., SAKALE BROTHERS, LLC STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SWISS BANK CORPORATION, THAMS REALTY CO., TOSCORP INC., TRC ENGINEERS, INC., TRIBECA LANDING LLC WESTON SOLUTIONS, INC., WFP TOWER B CO., G.P., CORP., WFP TOWER B HOLDING CO., L.P., WFP TOWER B CO., L.P., WFP TOWER D CO., G.P., CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO., II L.P., WFP TOWER D HOLDING I G.P., CORP., WFP TOWER D CO., L.P., and ZAR REALTY MANAGEMENT CORP.,

**Defendants.**

-------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.,**

I certify that I am admitted to practice in this court.

Dated: New York, New York
      January 31, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.,**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**LUDIVIA CASTELLANOS and LUIS L. MARTINEZ**
115 Broadway 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 31st day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**LUDIVA CASTELLANOS and LUIS MARTINEZ**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**